THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD KEIDERLING            :
                              :
         Plaintiff            :
                              :
     v.                       :    3:12-CV-1972
                              :    (JUDGE MARIANI)
RFM SERVICES, INC. and        :
FRED MCILVENY                 :
                              :
         Defendants           :

ORDER

AND NOW, THIS 27TH DAY OF JANUARY 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. 18) and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment (Doc. 18) is **DENIED**.

2. The Court will hold a telephone scheduling conference on **February 11, 2014**, at **1:30** a.m./p.m. for the purpose of scheduling dates for the final pre-trial conference and jury selection. Plaintiff is responsible for arranging the call, and all parties should be prepared to proceed before contacting the undersigned at (570) 207-5750.

Robert D. Mariani
United States District Judge